AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### EASTERN DIVISION

| | |
|---|---|
| JESSICA LYNCH,<br>      Plaintiff,<br><br>v.<br><br><br>CAROLYN W. COLVIN,<br>*Acting Commissioner of Social Security*,<br>      Defendant. | **JUDGMENT**<br>**CASE NO. 4:12-CV-245-D** |

Decision by the Court:

      **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 17] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 23] is GRANTED, and Defendant's final decision is AFFIRMED. This action is DISMISSED. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **MARCH 24, 2014,** WITH A COPY TO:

Lawrence Wittenberg (via CM/ECF electronic notification)
Mark J. Goldenberg (via CM/ECF electronic notification)

| | |
|---|---|
| March 24, 2014 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |